**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

ABC IP LLC, et al.,

Plaintiffs,

v.

Jeremy David Winland,

Defendant.

No. CV-26-04798-PHX-SMB

**ORDER**

This Court having considered Plaintiffs' Motion for Alternative Service and Extension of Service Deadline (Doc. 16) and good cause appearing,

**IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiffs' have five days from the date of this Order to serve the Summons, Complaint, the Court's Preliminary Order, Magistrate Consent Form, and a copy of the Order allowing alternate service by email and by USPS Certified Mail, return receipt requested, to both the PO Box and the address identified by the Private Investigator.

Dated this 10th day of November, 2026.

Honorable Susan M. Brnovich
United States District Judge